UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jason Zimmerman, *on behalf of himself and all others similarly situated*,<br><br>      Plaintiff,<br> v.<br><br>Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Group, Inc.; and DOES 1-10 inclusive,<br><br>      Defendants. | Civil Action No.:  7:14-cv-00359-NSR |

**NOTICE OF SETTLEMENT**

  NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: July 30, 2014

                Respectfully submitted,

                PLAINTIFF, Jason Zimmerman

                /s/ Sergei Lemberg

                Sergei Lemberg, Esq. (SL 6331)
                **LEMBERG LAW, L.L.C.**
                1100 Summer Street, 3rd Floor
                Stamford, CT 06905
                Telephone: (203) 653-2250
                Facsimile:  (203) 653-3424
                slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that on July 30, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of New York Electronic Document Filing System (ECF) which automatically sent notice of such filing to the following:

Concepcion A. Montoya, Esq.
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor
New York, NY 10022

Jennifer W. Weller, Esq.
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
*Counsel for Defendant*

                   By /s/ Sergei Lemberg
                     Sergei Lemberg